```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Clevon Tyrone Johnson

    v.                                                   Civil No. 16-cv-442-LM

FCI Berlin, Warden


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 20, 2017.

SO ORDERED.

                                                                    _____
                                                                     Landya B. McCafferty
                                                                     United States District Judge

Date: August 16, 2017

cc:   Clevon Tyrone Johnson, pro se
      Seth Aframe, Esq.